IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL O'CALLAGHAN, <br><br> Plaintiff, <br><br> v. <br><br> HON. X and HON. Y, <br><br> Defendants. | CIVIL ACTION <br> NO. 16-6097 |

### ORDER

**AND NOW**, this 29TH day of August, 2017, upon consideration of Defendants' Motion to Dismiss and Plaintiff's response thereto and all pending "Motions" filed by Plaintiff seeking to inform the court of the status of the state court action, it is hereby **ORDERED** as follows:

1. Plaintiff's "Motions to Inform the Court" (Docket Nos. 5, 12 and 13) are **GRANTED** insofar as they sought to provide the Court with status updates regarding the state court action that gave rise to this matter, and all information contained therein was considered by the Court in deciding Defendants' Motion to Dismiss;

2. Defendant's Motion to Dismiss (Docket No. 3) is **GRANTED**;

3. This matter is dismissed with prejudice; and

4. The clerk shall mark this matter closed.

                                                        **BY THE COURT:**

                                                        **/s/ Jeffrey L. Schmehl**
                                                        **Jeffrey L. Schmehl, J.**